O

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NELS SPERLING, | ) | NO. CV 06-4002-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN F. SALAZAR, Acting Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order of the United States Court of Appeals for the Ninth Circuit issued on June 1, 2009, IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: June 10, 2009.

/s/ Christina A. Snyder
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE